IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHMOND BISHOP**                                                                                   **PLAINTIFF**

V.                               Case No. 1:15CV00020 DPM/BD

**STEVEN JEFFERIES, et al.**                                                                   **DEFENDANTS**

## ORDER

Plaintiff Richmond Bishop filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address in Charlotte, Arkansas. (Docket entry #26)   In light of his recent release, it is unclear whether Mr. Bishop is still entitled to proceed *in forma pauperis* ("IFP").   Accordingly, the Clerk of the Court is directed to send Mr. Bishop a (freeworld) amended application to proceed IFP.   Mr. Bishop must file, within thirty days of the entry of this Order, an amended application to proceed IFP.   Mr. Bishop is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 30th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE