IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHMOND BISHOP
ADC #650733                                                                       PLAINTIFF

v.                           No. 1:15-cv-20-DPM

STEVEN JEFFERIES, Sheriff, Independence
County Sheriff's Department; SISSY WILSON,
Assistant Jail Administrator, Independence
County Jail; LYNN CROSLIN, Sergeant,
Independence County Jail; and ZACK BAILEY,
Baliff/Jailer, Independence County Jail                                          DEFENDANTS

## JUDGMENT

1. Bishop's failure-to-protect claim is dismissed with prejudice.

2. Bishop's other claims are all dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2016